JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- In re Del-Val Financial Corp. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- for transfer or actions -- filed by defts. Del-Val Financial Corp.; Herbert Golden; Bernard M. Katz; Stuart T. Parson; Ben S. Read, Jr.; Myron Rosenberg; Frederick E. Smithline; Kenbee Management, Inc.; Kenbee Management - New York, Inc.; KB Leasing Corp.; R.W. & K. Realty, Inc.; R & M Holding Co.; KM Realty Corp.; RWS Realty Corp.; Rockingham Corp.; Martin Wright; Roger Stern; James Goldstein; Joel Zbar; Interstate/Johnson Lane and J. Craighill Redwine -- w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. New York (ds) |
| 90/12/21 | | FIRST AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED ON DECEMBER 10, 1990 -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston Texas -- Notified involved counsel, judges and clerks (rh) |
| 90/12/21 | 2 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Filed by defts. Del-Val Financial Corp.; Herbert Golden; Bernard M. Katz; Stuart T. Parson; Ben S. Read, Jr.; Myron Rosenberg; Frederick E. Smithline; Kenbee Management, Inc.; Kenbee Management - New York, Inc.; KB Leasing Corp.; R.W. & K. Realty, Inc.; R & M Holding Co.; KM Realty Corp.; RWS Realty Corp.; Rockingham Corp.; Martin Wright; Roger Stern; James Goldstein; Joel Zbar; Interstate/Johnson Lane and J. Craighill Redwine w/copy of complaint and cert. of svc. (Robert Jordan, etc. v. Del-Val Financial Corp., et al., D. New Jersey, C.A. No. 90-4466 (AMW) (ds) |
| 90/12/28 | | APPEARANCES: ROBERT KAPLAN, ESQ. for Robert A. Berger Rollover IRA, Etc. and Phyllis Rye, et al.; JULES BRODY, ESQ. for Stull, Stull & Brody; ROBERT SKIRNICK, ESQ. for Frances Egon, et al.; SHARON LEVINE MIRSKY, ESQ. for Nala Mgmt. Corp. Profit Sharing Trust Dated 12/15/80, etc.; WILLIAM KLEIN, II, P.C. for The Shirley Greene Horwitz Revocable Trust, et al.; ANNE C. FLANNERY, ESQ. for Interstate/Johnson Lane Corp., and Craighill Redwine; PETER I. LIVINGSTON, ESQ. for Roger D. Stern, Martin Wright, Kenbee Management, Inc., Joel Zbar, James Goldstein, Kenbee Management-NY, Inc., KB Leasing Corp. R.W. & K. Realty, Inc., R & M Holding Co., KM Realty Corp., RWS Realty Corp. and Rockingham Corp. (cdm) |
| 91/01/02 | | APPPEARANCES -- JOHN M. BURNS, III, ESQ. for Rita M. Cole, et al., DOUGLAS P. CATALANO, ESQ. for L.W. Industries, Inc. and I&J Wire Corp., MARK C. RIFKIN, ESQ. for Arthur-Magna, Inc. (ds) |

JPML FORM 1A



### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- _____

| Date | Pldg. No. | Pleading Description |
|------|-----|----------------------|
| 91/01/02 | 3 | LETTER -- (re: A-10, Amended Complaint) signed by William Klein II, Counsel for The Shirley Greene Horwitz Revocable Trust, et al. -- w/copy of amended complaint and cert. of svc. (rh) |
| 91/01/07 | 4 | INTERESED PARTY RESPONSE -- (to pldg. #1) Filed by pltfs. in Lyle Berman, et al. Del-Val Financial Corp., et al., D. Delaware, C.A. No. 90 Civ 661 -- w/cert. of svc. (received 1/7/91) (rh) |
| 91/01/07 | 5 | RESPONSE -- (to pldg. #1) -- Rita M. Cole, et al. w/cert. of svc. (rew) |
| 91/01/08 | 6 | RESPONSE/AFFIDAVIT OF DAVID M. GILFILLAN -- (to pldg. #1) Frances Egon, et al. -- w/Exhibits A-D and cert. of svc. (received 1/8/91) (rh) |
| 91/01/08 | 7 | RESPONSE/AFFIDAVIT OF ROBERT N. KAPLAN -- (to pldg. #1) Robert A. Berger Rollover IRA, etc.; Phyllis Rye, et al.; Stanley Newman, et al. and Dr. Norman S. Amer -- w/Exhibit A and cert. of svc. (received 1/8/91) (rh) |
| 91/01/08 | 8 | RESPONSE/AFFIDAVIT OF MELISSA R. EMERT -- (to pldg. #1) Harold Browner -- w/Exhibits 1-6 and cert. of svc. (received 1/8/91) (rh) |
| 91/01/08 |  | APPEARANCE -- RICHARD B. DANNENBERG, ESQ. for Stanley Newman, et al. (rh) |
| 91/01/09 | 9 | RESPONSE -- (to pldg. #1) Arthur-Magna, Inc. -- w/cert. of svc. (rh) |
| 91/01/09 | 10 | INTERESTED PARTY RESPONSE/MEMORANDUM -- Filed by pltf. Robert Jordan v. Del-Val Financial Corp., et al., D. New Jersey, C.A. No. 90-4466 (AMW) -- w/cert. of svc. (received 1/9/91) (rh) |
| 91/01/09 | 11 | LETTER -- Filed by Robert Jordan -- (re: pldg. #10 To be heard at the Panel hearing on January 25, 1991) -- w/cert. of svc. (rh) |

JPML FORM 1A

p.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/09 | 12 | RESPONSE/AFFIDAVIT OF SHARON LEVINE MIRSKY -- (to pldg. #1) Nala Management -- w/Exhibits A-C and cert. of svc. (received 1/8/91) (rh) |
| 91/01/15 | 13 | REPLY -- Del-Val Financial Corp.; Mortgage Financing Partners; Herbert L. Golden; Bernard M. Katz; Stuart T. Parson; Ben S. Read, Jr.; Myron Rosenberg and Frederick E. Smithline -- w/cert. of svc. (received 1/15/91) (rh) |
| 91/01/23 | 14 | AFFIDAVIT OF FREDERIC S. FOX -- counsel for pltfs. in class action (Master File No. 90 Civ 6921 (WCC) -- w/Exhibits A-B and cert. of. svc. (received 1/22/91) (rh) |
| 91/01/25 | | HEARING APPEARANCES -- KENNETH V. HANDEL, ESQ. for Del-Val Financial Corporation, Mortgage Financing Partners, Herbert Golden, Bernard M. Katz, Stuart T. Parson, Ben S. Read, Jr., Myron Rosenberg and Frederick E. Smithline; PETER I. LIVINGSTON, ESQ. for Roger D. Stern, Martin Wright, Kenbee Management, Inc., Joel Zbar, James Goldstein, Kenbee Management-New York, Inc., KB Leasing Corp., R.W. & K Realty, Inc., R&M Holding Company, KM Realty Corp., RWS Realty Corp. and Rockingham Corp.; DAVID C. HARRISON, ESQ. for Stanley Newman; FREDERIC S. FOX, ESQ. for Robert A. Berger Rollover IRA, Phylis Rye & Phyllis Rye Profit Sharing Trust; MARK C. RIFKIN, ESQ. for Arthur-Magna, Inc.; ROBERT A. SKIRNICK, ESQ. for Francis Egon, Edward Perlman, Robert Johnson & Galen Evans; MELISSA R. EMERT, ESQ. for Harold Browner; ROBERT B. MATUSOFF, ESQ. for Robert Jordan; JOHN M. BURNS, ESQ. for Rita M. Cole, et al. (ds) |
| 91/01/25 | | WAIVERS OF ORAL ARGUMENT -- Lyle Berman, Lyle Berman Family Partnership, Lyle Berman Profit Sharing Plan, The Shirley Greene Horwitz Revocable Trust, Shirley Greene Horwitz, Trustee, Miesse M. Mauger and Barbara E. Frochen, Jointly, Joyce C. Pozniki and Mary Pozniko, jointly and Mary Pozniko IRA, NALA Managment Corporation Profit Sharing Trust dtd 12/15/80 (ds) |

JPML FORM 1A

B.4

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/02/07 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of New York to the Hon. William C. Conner for pretrial proceedings (rh) |
| 91/02/07 | | TRANSFER ORDER -- Transferring A-6 thru A-11 to the Southern District of New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel judges and misc. recipients (rh) |
| 92/05/21 | 15 | MOTION, BRIEF, SCHEDULE OF ACTION -- Filed by Deft. Interstate/Johnson Lane Corp. (To transfer tag-along action Imogene P. Radford, etc. v. Del-Val Financial Corp., et al., S.D. Georgia, C.A. No. CV-1-92-101 to S.D. New York) -- w/Exhibits 1-8 and cert. of svc. (rh) |
| 92/05/21 | 16 | NOTICE OF FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT UNDER SEAL -- Filed by Deft. Interstate/Johnson Lane Corp. -- w/copy of complaint; and cert. of svc. (CONDITIONAL TRANSFER ORDER WILL BE FILED ASAP) (rh) |
| 92/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-12) Imogene P. Radford, etc. v. Del-Val Financial Corp., et al., S.D. Georgia, C.A. No. CV-1:92-101 -- Notified involved counsel and judges (kac) |
| 92/06/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --(B-12) Imogene P. Radford, etc. v. Del-Val Financial Corp., et al., S.D. Georgia, C.A. No. CV-1:92-101 -- Notified involved judges and clerks (dld) |
| 92/06/23 | 17 | UNTIMELY NOTICE OF OPPOSITION -- Filed by pltf. Imogene P. Radford. (B-12 Imogene P. Radford, etc. v. Del-Val Financial Corp., et al., S.D. Georgia, C.A. No. CV-1:92-101) W/Motion & Brief to vacate Conditional Transfer Order and cert. of svc. (dld) |
| 92/06/23 | | ORDER STRIKING PLEADING #17 -- Notified involved counsel and judges (dld) |

JPML Form 1

Revised: 8/78

DOCKET NO. 872 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DEL-VAL FINANCIAL CORP. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 7, 1991 | TO | Unpublished | S.D. New York | Hon. William C. Conner | |

M-21-57

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 872 -- In re Del-Val Financial Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dr. Norman S. Amer v. Roger D. Stern, et al. | N.Y.,S. Conner | 90-Civ-7028 | | | | |
| A-2 | Robert A. Berger Rollover IRA, etc. v. Roger D. Stern, et al. | N.Y.,S. Conner | 90-Civ-6941 | | | | |
| A-3 | Stanley Newman, et al. v. Roger D. Stern, et al. | N.Y.,S. Conner | 90-Civ-6921 | | | | |
| A-4 | Phyllis Rye, et al. v. Roger D. Stern, et al. | N.Y.,S. Conner | 90-Civ-~~6921~~ 7207 | | | | |
| A-5 | Rita M. Cole, et al. v. Kenbee LW Industries, Inc., et al. | N.Y.,S. Martin | 90-Civ-7273 | | | | |
| A-6 | Arthur-Magna, Inc. v. Del-Val Financial Corp., et al. | N.J. Wolin | 90-4378 | 2-7-91 | | | |
| A-7 | Harold Browner, etc. v. Del-Val Financial Corp., et al. | N.J. Politan | 90-4320 | 2-7-91 | 91-1276 | | |
| A-8 | Frances Egon, et al. v. Del-Val Financial Corp., et al. | N.J. Wolin | 90-4338 | 2-7-91 | | | |
| A-9 | Nala Management Corporation Profit Sharing Trust Dtd 12/15/80, etc. v. Del-Val Financial Corp., et al. | N.J. Politan | 90-4630 | 2-7-91 | 9-273 | | |

DOCKET NO. 872 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-10 | The Shirley Greene Horwitz Revocable Trust, et al. v. Del-Val Financial Corp., et al. | Del. | 90-661 JJF | 2-7-91 | 91-1277 | | |
| A-11 | Robert Jordan, etc. v. Del-Val Financial Corp., et al. | N.J. Wolin | 90-CV-4466 | 2-7-91 | | | |

*Jan. 1991 — 6 TR/5 YY2/1.P*
*A-1 thru A-11 — Consolidated class action complaint filed 5/91 — NYS*

| B-12 | Imogene P. Radford, etc. v. Del-Val Financial Corp., et al. 6-1-92 | GA.,S. Bowen | CV-1:92-101 | 6/17/91 | | | |

*July 1992 - 7 Trans/12 Pending*
*September 1993 - same*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- In re Del-Val Financial Corp. Securities Litigation

DR. NORMAN S. AMER (A-1)
(No appearance received)
Abbey & Ellis
212 East 39th Street
New York, NY  10016

ROBERT A. BERGER ROLLOVER IRA, ETC. (A-2)
PHYLLIS RYE, ET AL. (A-4)
Robert N. Kaplan, Esq.
Kaplan & Kilsheimer
685 Third Avenue, 26th Floor
New York, NY  10017

STANLEY NEWMAN, ET AL. (A-3)
Richard B. Dannenberg, Esq.
Lowey, Dannenberg, Bemporad,
  Brachtl & Selinger, P.C.
747 Third Avenue
New York, NY  10017

RITA M. COLE, ET AL. (A-5)
John M. Burns, III, Esq.
Burns & Beck
360 Lexington Avenue
New York, NY  10017

ARTHUR-MAGNA, INC. (A-6)
Mark C. Rifkin, Esq.
Greenfield & Chimicles
One Haverford Centre
Haverford, PA  19041

HAROLD BROWNER, ETC. (A-7)
Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Allyn Z. Lite, Esq.
Goldstein, Till, Lite & Reiken
744 Broad Street, Suite 800
Newark, NJ  07102

FRANCES EGON, ET AL. (A-8)
Robert A. Skirnick, Esq.
Wechsler Skirnick Harwood
  Halebian & Feffer
555 Madison Avenue
New York, NY  10022

NALA MANAGEMENT CORPORATION
  PROFIT SHARING TRUST DATED
  12/15/80, ETC. (A-9)
Sharon Levine Mirsky, Esq.
Milberg Weiss Bershad Specthrie & Lerach
One Pennsylvania Plaza
New York, NY  10119

THE SHIRLEY GREENE HORWITZ
  REVOCABLE TRUST, ET AL. (A-10)
William Klein, II, P.C.
Tenzer Greenblatt Fallon & Kaplan
405 Lexington Avenue
New York, NY  10174

INTERSTATE/JOHNSON LANE CORP.
CRAIGHILL REDWINE
Anne C. Flannery, Esq.
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 872 -- In re Del-Val Financial Corp. Securities Litigation

---

ROGER D. STERN
MARTIN WRIGHT
KENBEE MANAGEMENT, INC.
JOEL ZBAR
JAMES GOLDSTEIN
KENBEE MANAGEMENT - NEW YORK, INC.
KB LEASING CORP.
R.W. & K. REALTY, INC.
R & M HOLDING COMPANY
KM REALTY CORP.
RWS REALTY CORP.
ROCKINGHAM CORP.
Peter I. Livingston, Esq.
Ross & Hardies
529 Fifth Avenue
New York, NY 10017

DEL-VAL CAPITAL CORP.
DEL-VAL FINANCIAL CORP.
HERBERT L. GOLDEN, JR.
BERNARD M. KATZ
STUART T. PARSON
BEN S. READ, JR.
MYRON ROSENBERG
FREDERICK E. SMITHLINE CORP.

Morgan, Lewis & Bockius    (No App. Rec'd)
(Already Listed on p. 1)


ELMON L. VERNIER, JR.
Anne C. Flannery, Esq.    Already
Morgan, Lewis & Bockius    Listed
101 Park Ave.
New York, NY 10178

HERMANN ROGGE
(No appearance received)
HERMANN ROGGE
310 East 46th Street
New York, NY 10017

LW INDUSTRIES, INC.
I & J WIRE CORP.
Douglas P. Catalano, Esq
Catalano & Sparber
620 Fifth Avenue
New York, New York 10020


Unable to determine address
or counsel for:

MORTGAGE FINANCING PARTNERS

ROBERT JORDAN (A-11)
Robert B. Matusoff, Esquire
Gene Mesh & Associates
3133 Burnet Avenue
P.O. Box 29073
Cincinnati, OH 45229

IMOGENE P. RADFORD, ETC. (B-12)
Stanley G. Jackson, Esq.
445 Walker Street
Augusta, GA 30901

INTERSTATE/JOHNSON LANE, INC.
DEFT. IN (B-12)
William Byrd Warlick, Esq.
Nixon, Yow, Waller & Capers
1500 First Union Bank Building
Augusta, GA 30910-2599

Kenneth L. Millwood, Esq.
Nelson, Mullins, Riley & Scarborough
1201 Peachtree Street, N.E.
400 Colony Square, 22nd Floor
Atlanta, GA 30361

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 -- In re Del-Val Financial Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Roger D. Stern | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 |
| Martin Wright | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 |
| Joel Zbar | A-1, A-2, A-3, A-4, A-6, A-8, A-9, A-10 |
| Kenbee Management, Inc. | A-1, A-3, A-5, A-9, A-10 |
| Del-Val Financial Corp., Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-12 |
| Herbert L. Golden, Jr. | A-2, A-4, A-8, A-9, A-10 |
| Myron Rosenberg | A-2, A-4, A-8, A-9, A-10 |
| Frederick E. Smithline, Corp. | A-2, A-4, A-8, A-9, A-10 |
| Interstate/Johnson Lane Corp. | A-2, A-4, A-6, A-8, A-9, A-10, B-12 |
| Bernard M. Katz | A-2, A-4, A-8, A-9, A-10 |
| Stuart T. Parson | A-2, A-4, A-8, A-9 |

p. 2

| | | |
|---|---|---|
| — | Ben S. Read, Jr. | A-2, A-4, A-8, A-9 |
| ✓ | James Goldstein | A-2, A-4, A-8, A-9, A-10 |
| | LW Industries, Inc. | A-5 |
| X | Delaware Valley Realty *and mortgag Investors* *owned by Del-Val Financial Corp.* ~~Mortgage Investors~~ | ~~A-5~~ ~~A-5~~ |
| ✓ | Kenbee Management – New York, Inc. | A-5 |
| | KB Leasing Corp. | A-5 |
| | Mortgage Financing Partners | A-5 |
| | R.W. & K Realty, Inc. | A-5 |
| | R & M Holding Co. | A-5 |
| | I & J Wire Corp. | A-5 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 872 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ RWS Realty Corp. | A-5 |
| Rockingham Corp. | A-5 |
| ✓ KM Realty Corp. | A-5 |
| Hermann Rogge | A-5 |
| ✓ J. Craighill Redwine | A-6 |
| Elmon L. Vernier, Jr. | A-6 |
| Del-Val Capital Corp. | A-10 |
| | |
| | |
| | |
| | |